1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6                    FOR THE DISTRICT OF ARIZONA

7

8   Mario Antonio Galdino,              )    No. CV 08-0128 PHX-NVW (ECV)
                                        )
9             Petitioner,               )    **ORDER**
                                        )
10  vs.                                 )
                                        )
11  Katrina Kane,                       )
                                        )
12            Respondent.               )
                                        )
13  _____    )

14        Before the court is Petitioner's Petition for Writ of Habeas Corpus (doc. #1). On

15  October 27, 2008, United States Magistrate Judge Edward C. Voss issued a Report and

16  Recommendation ("R & R") (doc. # 12) in accordance with 28 U.S.C. § 636(b)(1)(B).  The

17  R & R recommended that the petition be denied and dismissed without prejudice. No

18  objections were filed.

19        The court has reviewed the R & R and agrees with the magistrate judge's

20  determinations.  Accordingly, the court will accept the R & R and dismiss the Petition for

21  Writ of Habeas Corpus.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may

22  accept, reject, or modify, in whole or in part, the findings or recommendations made by the

23  magistrate judge").

24        IT IS THEREFORE ORDERED accepting the Report and Recommendation of

25  Magistrate Judge Voss (doc. #12).

26  / / /

27

28

1    IT IS FURTHER ORDERED that Clerk of the Court enter judgment denying and

2  dismissing Petitioner's Petition for Writ of Habeas Corpus (doc. #1) without prejudice.  The

3  Clerk shall terminate this action.

4    DATED this 1st day of December, 2008.

5

6

7   _____

Neil V. Wake

8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -